AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| ANTHONY W. RECTOR <br> *Plaintiff* <br> v. <br> WELLS FARGO DEALER SERVICES; NADINE GARCIA; AND DOES 1 through 10 Inclusive <br> *Defendant* | ) ) ) ) ) ) ) | Civil Action No.   2:13-cv-05288 DSF (MANx) <br><br> (If the action is pending in another district, state where: <br> ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   SPRINT

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: MAIL AND/OR EMAIL COPIES OF INCOMING PHONE RECORDS THE MONTHS OF JANUARY TO JULY 2014. FOR PHONE NUMBER (424)288-1743. ACCOUNT NUMBER 960729173. THIS PHONE WAS FOR TRC CONSTRUCUTION SERVICES MANAGED BY (PLAINTIFF) ANTHONY W. RECTOR

| Place: 12351 BROOKSHIRE AVENUE APT #204 <br> DOWNEY, CALIFORNIA 90242 | Date and Time: <br><br> 01/31/2014 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

JAN 24 2014

Date: _____

_____   OR   _____
Signature of Clerk or Deputy Clerk            Attorney's signature

[Seal: CLERK SHEA BOURGEOIS / U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA]

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   ANTHONY RECTOR
_____ , who issues or requests this subpoena, are:
12351 BROOKSHIRE AVENUE APT #204, DOWNEY, CALIFORNIA 90242, tonyrec@yahoo.com. 424-702-7996

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:13-cv-05288 DSF (MANx)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

This subpoena for (name of individual and title, if any) Tammy Thomas
was received by me on (date) _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on (date) _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 50.00 for travel and $ _____ for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Tammy Thomas
Printed name and title

800 Linden Avenue
Long Beach, California 90242

_____
Server's address

Additional information regarding attempted service, etc: