**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony W. Rector, | )     Case No.: CV 13-5288 DSF (MANx) |
|       Plaintiff, | ) |
| | ) |
|    vs. | )     JUDGMENT |
| | ) |
| Wells Fargo Dealer Services, et al., | ) |
|       Defendants. | ) |
| | ) |
| _____ | ) |

The Court having ordered that summary judgment be granted in favor of defendants,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____5/12/14_____

_____
Dale S. Fischer
United States District Judge